**Brian BELLON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 79182.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 26, 2002.

Mary S. Choi, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G.CRAHAN and LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

Appellant, Brian Bellon, appeals the judgment denying, without an evidentiary hearing, his Rule 24.035 motion for post-conviction relief. Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).